UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   No. 1:01-cr-00089-JMS-TAB |
| FABIAN SOTO-NAVA (05), | ) ) ) |
| Defendant. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation [dkt. 55] that Fabian Soto-Nava's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, with the no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation [dkt. 55].  The Court finds that Mr. Soto-Nava committed Violation Numbers 1 and 2, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* [dkt 16].  The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Fabian Soto-Nava is sentenced to the custody of the Attorney General or his designee for a period of fourteen (14) months imprisonment with no supervised release to follow.  The Court further recommends placement at FCI Texarkana.

So ORDERED.

Date: 3/31/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal